IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY ZAEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:14-CV-700-WKW |
| ) | |
| ABBEVILLE POLICE ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 9, 2014, the Magistrate Judge filed a Recommendation in this case to which Plaintiffs have objected. (Docs. # 39, 40). Upon a de *novo* review of the portions of the Recommendation to which objections have been made, the court concludes that the objections are due to be overruled and the Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

1. Plaintiffs' objections (Doc # 40) are OVERRULED;

2. The Recommendation (Doc. # 39) is ADOPTED;

3. Defendants' motions to dismiss (Docs. # 31, 32) are GRANTED to the following extent:

    a.    Plaintiffs' federal-law claims against the Abbeville Police Department and the Henry County Sheriff's Office are DISMISSED WITH PREJUDICE;

    b.    Plaintiffs' state-law claims against Defendants arising under the Alabama Open Records Act are DISMISSED WITHOUT PREJUDICE;

    c.    Plaintiffs' federal-law claims against Officer Ruble are DISMISSED WITHOUT PREJUDICE;

4.    This case is DISMISSED.

A separate final judgment will be entered.

DONE this 6th day of January, 2015.

                              /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE